# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JG, et al., | NO. CV-21-00535-PHX-SPL |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Creighton Elementary School District, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 31, 2022, the Decision of the Commissioner of Social Security is AFFIRMED and this action is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

January 31, 2022

By   s/ W. Poth
     Deputy Clerk